TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244
Fax (530) 344-9298

Attorney for Defendant
GEORGINA LOPEZ QUINTERO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Erendira Nava et al. <br><br> Defendant. | No. 2:17-CR-00064 JAM <br><br> **ORDER SEALING ATTACHMENT TO DEFENSE BAIL MOTION FILED AS ECF DOC NUMBER 241 IN 2:17-CR-00064 JAM** |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Georgina Lopez Quintero, IT IS HEREBY ORDERED that the attachment to Defendant's Bail Motion filed as ECF DOC Number 241 in 2:17-CR-00064 JAM shall be SEALED until further order of this Court.

Dated: June 22, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1