TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
Tel. (530) 885-6244

Attorney for Defendant
GEORGINA LOPEZ QUINTERO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:17-CR-00064 JAM |
| Plaintiff, | ) <br> ) **ORDER** |
| v. | ) |
| Nava et al. | ) |
| Defendant. | ) |

Based on the Request for Appearance Waiver filed with this Court on June 29, 2020, and on the information and signatures contained therein, it is hereby ordered that Defendant GEORGINA LOPEZ QUINTERO'S appearance be waived in the circumstances set forth herein, subject to any Order by the Court requiring her appearance, which would supersede this Order.

GEORGINA LOPEZ QUINTERO'S appearance is waived for hearings of any motion or other pre-trial proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, impanelment of a jury, trial and imposition of

sentence pursuant to Federal Rule of Criminal Procedure 43(b)(3).

IT IS SO ORDERED this 6th day of July, 2020.

/s/ John A. Mendez_____

HON. JOHN A. MENDEZ

UNITED STATES DISTRICT COURT JUDGE