TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244
Fax (530) 344-9298

Attorney for Defendant
GEORGINA LOPEZ QUINTERO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:17-CR-00064 JAM |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER SEALING ATTACHMENT TO** |
| | ) **DEFENSE BAIL MOTION AND THE** |
| Erendira Nava et al. | ) **REQUEST TO SEAL** |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

Pursuant to Local Rule 141(b), and based upon the representation contained in the Request to Seal filed by defendant Georgina Lopez Quintero, IT IS HEREBY ORDERED that the Attachment to Defendant's Bail Motion filed as ECF DOC Number 328 in 2:17-CR-00064 JAM and defendant's Request to Seal shall be SEALED until further order of this Court.

Dated:  February 23, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1