UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 24, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGINA E. LOPEZ QUINTERO,<br><br>Defendant. | Case No. 2:17-cr-64-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  GEORGINA E. LOPEZ QUINTERO , Case No.  2:17-cr-64-JAM  Charge 21 USC §§ 841(a)(1) and 846 , from custody for the following reasons:

__X__   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__X__   (Other):  Under terms and conditions as stated on the record.

Issued at Sacramento, California on February 24, 2022 at 2:30 pm_____.

By:  /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney